UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20308-CIV-SEITZ/WHITE

NICKY MARTINEZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-11] to which Movant has filed no Objections. In the Report, Magistrate Judge White recommends that Movant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 be dismissed as time barred, and alternatively denied on the merits. A review of the record indicates that Movant's Motion is time barred. The cases relied upon by Movant to support his timeliness arguments are inapposite because they address only the "use" of a firearm and not possession of a firearm, which was the offense to which Movant pled. *See Watson v. United States*, – U.S. –, 128 S. Ct. 579 (2007); *Bailey v. United States*, 516 U.S. 137 (1995). Further, Movant's claim also fails on the merits. There was sufficient evidence to support a conviction for carrying a firearm under 18 U.S.C. § 924(c)(1)(A). Thus, having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

    ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-11] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE-1] is DENIED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 30th day of October, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record/*Pro Se* Parties